Frank Ralph LA PENA, Petitioner—
Appellant,

v.

George GRIGAS; et al., Respondents—
Appellees.

No. 04–16486.

D.C. No. CV–00–00960–PMP.

United States Court of Appeals,
Ninth Circuit.

---

1. Appellant's February 11, 2005, motion to supplement appellant's brief is denied as unnecessary.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Frank Ralph Lapena, Indian Springs, NV, pro se.

Victor H. Schulze, Office of the Nevada Attorney General, Las Vegas, NV, for Respondent–Appellee.

Before T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

### MEMORANDUM**

Frank Ralph La Pena, a Nevada state prisoner, appeals the district court's July 7, 2004, order denying three motions. Because the district court's order was an interlocutory order not subject to immediate appellate review, and La Pena does not contend that any applicable exception to the final judgment rule applies, we dismiss this for lack of jurisdiction. *See* 28 U.S.C. § 1291; *see also United States v. Austin,* 416 F.3d 1016, 1019 (9th Cir.2005). La Pena's motion to proceed in forma pauperis is denied as moot.

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.